

U.S. Department of Justice

Criminal Division

Public Integrity Section                                    Washington, D.C. 20530

June 29, 2017

**BY FEDERAL EXPRESS**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York                    **FILED *EX PARTE***
Daniel Patrick Moynihan United States Courthouse  **AND UNDER SEAL**
500 Pearl Street, Chambers 1020
New York, NY 10007

    Re:    Leak Investigation: *United States v. Walters*, No. 16-CR-338 (PKC)

Dear Judge Castel,

    This letter is submitted pursuant to the Court's March 1, 2017 Memorandum and Order in the above-referenced case directing the government to update the Court on the status of this investigation on a quarterly basis. As we informed the Court in our March 13, 2017, letter, this investigation is being handled by the Public Integrity Section of the Justice Department's Criminal Division ("PIN") and the Department of Justice Office of the Inspector General ("DOJ-OIG").

    Since our March 13th update to the Court, PIN and DOJ-OIG are continuing to investigate this matter. [REDACTED]

In addition to the above, we have conducted multiple interviews ████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

In accordance with the Court's Memorandum and Order, PIN will provide the Court with a further update on the status of the investigation on or before September 29, 2017.

Respectfully submitted,

ANNALOU TIROL
Acting Chief,
Public Integrity Section

By: /s/ Jonathan Kravis
Nicholas Connor
Jonathan Kravis
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 514-1412