# LYNN PINKER HURST SCHWEGMANN

**GREG BRASSFIELD**
*Associate*

D 214 981 3827
F 214 981 3839
gbrassfield@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
lynnllp.com

May 26, 2020

> Conference adjourned from June 1, 2020 to July 30, 2020 at 11:00 a.m.
> SO ORDERED.
> Dated: 5/27/2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *USA v. Walters* Case No. 1:16-cr-00338 (PKC)

Dear Judge Castel:

The Court has set oral argument on the matter of restitution in the above-styled case for June 1. [Dkt. 300]. Recently, however, Dean Foods proposed to resolve the matter within its Chapter 11 bankruptcy proceedings pending in the Southern District of Texas. For the Court's information, last month the bankruptcy court approved the sale of substantially all of Dean Foods' assets. Thus, Walters and Dean Foods believe that if they can come to an agreement within the bankruptcy confines, it will streamline the remaining restitution issues and preserve resources of the bankruptcy estate. Accordingly, in the interest of preserving the resources of the bankruptcy estate and the Court, we request that the Court reschedule the restitution hearing for 60 days. We have consulted with the Government which endorses this approach and joins the request.

Very truly yours,

*Gregory A. Brassfield*

Gregory A. Brassfield

cc:   **VIA ECF**
      Margaret Graham
      United States Department of Justice

      Paul Schoeman
      Attorney for William T. Walters